**Appeal Dismissed and Memorandum Opinion filed April 26, 2022.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-22-00136-CV**

_____

**CHARMIAN I. STRIFERT, Appellant**

**V.**

**FORT BEND ISD, FT BEND COUNTY DRAINAGE DISTRICT, FORT BEND COUNTY FRESH WATER SUPPLY DISTRICT #01, FORT BEND COUNTY GENERAL FUND, FORT BEND COUNTY, Appellees**

**On Appeal from the 400th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 19-DCV-258412**

## MEMORANDUM OPINION

This is an appeal from an order signed November 9, 2022. The notice of appeal was filed March 1, 2022. To date, our records show that appellant has not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs). Tex. Gov't Code § 51.207 (appellate fees and costs).

On April 5, 2022, this court ordered appellant to pay the appellate filing fee on or before April 15, 2022, or the appeal would be dismissed. Our order, sent to the address provided by appellant, was returned. Appellant has not paid the appellate filing fee or otherwise responded. Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Justices Wise, Poissant and Wilson.